1  R. SCOTT ERLEWINE (State Bar No. 095106)
   FEATHER D. BARON (State Bar No. 252489)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911
   rse@phillaw.com
5  fdb@phillaw.com

6  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER CORPORATION
7  D/B/A AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK<br><br>    Defendants. | Case No: C 08-03280 CRB<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT |

  The undersigned parties, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-1 that Defendant National Railroad Passenger Corporation d/b/a Amtrak shall have a 15-day extension of time to and including October 30, 2008 in which to answer or otherwise respond to the First Amended Complaint filed herein. There have been no prior

///

///

///

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-EXT-TIME-RESPOND-1ST-AMD-COMP
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\nc-stip-response-100808.wpd

1  extensions of time.
2
3
4  DATED: October 15, 2008                PHILLIPS, ERLEWINE & GIVEN LLP
5
6                                         By: _____
7                                             R. Scott Erlewine
                                              Attorneys for Defendant National Railroad
                                              Passenger Corporation, d/b/a Amtrak
8
9
10 DATED: October 15, 2008                _____
                                          Daniel Berko
11                                        Attorney for Plaintiff Kevin M Thompson

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-EXT-TIME-RESPOND-1ST-AMD-COMP
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\xsc-stip-response-100608.wpd

1