1  R. SCOTT ERLEWINE (State Bar No. 095106)
   FEATHER D. BARON (State Bar No. 252489)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911
   rse@phillaw.com
5  fdb@phillaw.com

6  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER CORPORATION
7  D/B/A AMTRAK

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13                                      )   Case No: C 08-03280 CRB
   KEVIN M. THOMPSON,                   )
14                                      )   STIPULATION FOR EXTENSION
                      Plaintiff,        )   OF TIME FOR DEFENDANT
15                                      )   NATIONAL RAILROAD
   v.                                   )   PASSENGER CORPORATION
16                                      )   DBA AMTRAK TO ANSWER OR
   NATIONAL RAILROAD PASSENGER          )   OTHERWISE RESPOND TO THE
17 CORPORATION dba AMTRAK               )   FIRST AMENDED COMPLAINT
                                        )
18                    Defendants.       )
                                        )
19 _____)

20

21
           The undersigned parties, by and through their counsel of record, hereby stipulate pursuant
22
   to Local Rule 6-1 that Defendant National Railroad Passenger Corporation d/b/a Amtrak shall
23
   have a 7-day extension of time to and including November 6,  2008 in which to answer or
24
   otherwise respond to the First Amended Complaint filed herein.  There has been one prior
25
   ///
26
   ///
27
   ///
28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-EXT-TIME-RESPOND-1ST-AMD-COMP
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-response-102408.wpd

1    extension of time.

2

3

4    DATED: October 27, 2008        PHILLIPS, ERLEWINE & GIVEN LLP

5

6                                   By: _____

7                                       R. Scott Erlewine
                                      Attorneys for Defendant National Railroad
8                                       Passenger Corporation, d/b/a Amtrak

9

10    DATED: October 24, 2008

11                                     Daniel Berko
                                      Attorney for Plaintiff Kevin M Thompson

12

13

14

15

16

17

18

19          Signed: Nov. 3, 2008

20

21

22

23

24

25

26

27

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-EXT-TIME-RESPOND-1ST-AMD-COMP
S:\Clients\AMTRAK\8204.19 (Thompson)\pld\uso-stip-response-102408.wpd
                                                                        1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Charles R. Breyer