**Daniel Berko - SBN 94912**
819 Eddy Street
San Francisco, CA 94109
Telephone: 415-771-6174
Facsimile: 415-474-3748
E-mail: BerkoLaw@SBCglobal.net

**Attorneys for Plaintiffs,
KEVIN THOMPSON**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN THOMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK,<br><br>        Defendants. | CASE NO: 08-3280-CRB<br><br>**STIPULATION TO FILE ON NOVEMBER 28, 2008 PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CALIFORNIA LAW CLAIMS, OR, IN THE ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 19, 2008<br>Time: 10:00 a.m.<br>Hon: Charles Breyer |

The undersigned parties, by and through their counsel of record pursuant to Local Rule 6-1, hereby stipulate that Plaintiff may have an extension of time to and including November 28, 2008 in which to file his opposition to defendant's Motion To Dismiss Plaintiff's California Law Claims, Or, In The Alternative Motion For Partial Summary Judgment.

This stipulated request is accompanied by the declaration of Daniel Berko which sets forth the reasons for the requested enlargement of time, discloses all previous time modifications in the case and describes the effect the requested time modification would have on the schedule for the case.

Dated: November 26, 2008

_____
DANIEL BERKO, Attorney for Plaintiff
KEVIN THOMPSON

Dated: November 26, 2008

PHILLIPS, ERLEWINE & GIVEN LLP.

_____
By: R. SCOTT ERLEWINE Esq. Attorneys for
Defendant NATIONAL RAILROAD
PASSENGER CORPORATION dba
AMTRAK

~~[PROPOSED]~~ ORDER

IT IS SO ORDERED THAT:

Pursuant to the above stipulation, and having considered the declaration of Daniel Berko in support of this stipulation, Plaintiff's request is granted. The opposition to defendant's Motion To Dismiss Plaintiff's California Law Claims, Or, In The Alternative Motion For Partial Summary Judgment must be filed no later than November 28, 2008.

Dated: Dec. 01, 2008

_____
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer