1   R. SCOTT ERLEWINE (State Bar No. 095106)
    FEATHER D. BARON (State Bar No. 252489)
2   PHILLIPS, ERLEWINE & GIVEN LLP
    50 California Street, 35th Floor
3   San Francisco, California 94111
    Telephone: (415) 398-0900
4   Facsimile: (415) 398-0911
    rse@phillaw.com
5   fdb@phillaw.com

6   Attorneys for Defendant
    NATIONAL RAILROAD PASSENGER CORPORATION
7   D/B/A AMTRAK

8

9

                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13                                          )   Case No: C 08-03280 CRB
    KEVIN M. THOMPSON,                      )
14                                          )   STIPULATION FOR EXTENSION
                          Plaintiff,        )   OF TIME FOR DEFENDANT
15                                          )   NATIONAL RAILROAD
    v.                                      )   PASSENGER CORPORATION
16                                          )   DBA AMTRAK TO ANSWER OR
    NATIONAL RAILROAD PASSENGER             )   OTHERWISE RESPOND TO THE
17  CORPORATION dba AMTRAK                  )   SECOND AMENDED
                                            )   COMPLAINT
18                        Defendants.       )
                                            )
19  _____)

20

21          The undersigned parties, by and through their counsel of record, hereby stipulate pursuant

22  to Local Rule 6-1 that Defendant National Railroad Passenger Corporation d/b/a Amtrak shall

23  have an 8-day extension of time to and including January 16, 2009 in which to answer or

24  otherwise respond to the Second Amended Complaint filed herein.  There have been no prior

25

26

27

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-EXT-TIME-RESPOND-1ST-AMD-COMP
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-response-010709.wpd

1    extensions of time.

3    DATED: January 8, 2009                    PHILLIPS, ERLEWINE & GIVEN LLP

5                                              By: _____
6                                                  R. Scott Erlewine
                                                   Attorneys for Defendant National Railroad
7                                                  Passenger Corporation, d/b/a Amtrak

9    DATED: January 8, 2009
10                                             Daniel Berko
                                               Attorney for Plaintiff Kevin M Thompson

14   Signed:  January 9, 2009

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-EXT-TIME-RESPOND-1ST-AMD-COMP
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-response-010709.wpd

1