R. SCOTT ERLEWINE (State Bar No. 095106)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911
rse@phillaw.com
fdb@phillaw.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
D/B/A AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. THOMPSON, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK <br><br> Defendants. | Case No: C 08-03280 CRB <br><br> STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS; DECLARATION OF COUNSEL; ORDER <br><br> Local Rule 6-2 |

The undersigned parties, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-2 that the hearing on the pending motion to dismiss filed by defendant National Railroad Passenger Corporation d/b/a Amtrak, currently set for February 20, 2009, be continued

///

///

///

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0908

Case No. 08-03280 MEJ - STIP-CONT-HRG-MN-DISMISS1ST-
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-cont-hrg-012909.wpd

1  to March 27, 2009, with the deadlines to file opposition and reply papers corresponding to the
2  new hearing date.

3

4  DATED: January 29, 2009                    PHILLIPS, ERLEWINE & GIVEN LLP

5

6                                              By: _____
7                                                  R. Scott Erlewine
                                                   Attorneys for Defendant National Railroad
8                                                  Passenger Corporation, d/b/a Amtrak

9

10 DATED: January 29, 2009                    _____
                                               Daniel Berko
11                                             Attorney for Plaintiff Kevin M Thompson

12

13                          DECLARATION OF COUNSEL

14     R. Scott Erlewine declares:

15     1.     I am a partner with Phillips, Erlewine & Given LLP, counsel for defendant
16 National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") in this case. The matters
17 stated in this declaration are based upon my personal knowledge.

18     2.     The court has assigned this case to mediation, which is scheduled to occur on
19 February 23, 2009.

20     3.     Amtrak has pending a Motion to Dismiss the Sixth Claim For Relief in plaintiff's
21 Second Amended Complaint, which is currently scheduled for hearing on February 20, 2009.

22     4.     In order to avoid the time and expense of plaintiff having to respond to Amtrak's
23 pending motion to dismiss prior to the mediation, the parties hereby request that the hearing on
24 the pending motion be continued to March 27, 2009, with the deadlines to file opposition and
25 reply papers corresponding to the new hearing date.

26     5.     There have been no prior continuances of the hearing on the pending motion to
27 dismiss.

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-CONT-HRG-MN-DISMISS1ST-
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-cont-hrg-012909.wpd                1

1  6.  The requested continuance will not affect the scheduling of this case. The court
2 last week set this matter for trial on November 2, 2009 and set a further case management
3 conference on April 24, 2009.
4  I declare under penalty of perjury under the laws of the United States of America that the
5 foregoing is true and correct.
6 DATED: January 29, 2009

7  R. SCOTT ERLEWINE

9  ORDER

10  PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on defendant's
11 pending motion to dismiss be and is hereby continued from February 20, 2009 at 10:00 a.m. to
12 March 27, 2009 at 10:00 a.m. The deadlines to file and serve opposition and reply papers shall
13 correspond to the new hearing date.

14 DATED: __February 03__, 2009
15  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-CONT-HRG-MN-DISMISSIST-
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-cont-hrg-012909.wpd

2