R. SCOTT ERLEWINE (State Bar No. 095106)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911
rse@phillaw.com
fdb@phillaw.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
D/B/A AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK<br><br>    Defendants. | Case No: C 08-03280 CRB<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS; DECLARATION OF COUNSEL; ORDER<br><br>Local Rule 6-2 |

The undersigned parties, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-2 that the hearing on the pending motion to dismiss filed by defendant National Railroad Passenger Corporation d/b/a Amtrak, currently set for March 27, 2009, be continued

///

///

///

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-CONT-HRG-MN-DISMISS1ST-
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-cont-hrg-022409.wpd

1 | to April 24, 2009, with the deadlines to file opposition and reply papers corresponding to the new
2 | hearing date.

4 | DATED: February 24, 2009                    PHILLIPS, ERLEWINE & GIVEN LLP

6 | By: _____
7 |     R. Scott Erlewine
    Attorneys for Defendant National Railroad
    Passenger Corporation, d/b/a Amtrak

10 | DATED: February 24, 2009                   _____
    Daniel Berko
11 |                                             Attorney for Plaintiff Kevin M Thompson

## DECLARATION OF COUNSEL

R. Scott Erlewine declares:

1. I am a partner with Phillips, Erlewine & Given LLP, counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") in this case. The matters stated in this declaration are based upon my personal knowledge.

2. The court has assigned this case to mediation, which was originally scheduled to occur on February 23, 2009. In order to provide sufficient time for an exchange of informal discovery, the mediation has been rescheduled to March 23, 2009.

3. Amtrak has pending a Motion to Dismiss the Sixth Claim For Relief in plaintiff's Second Amended Complaint, which is currently scheduled for hearing on March 27, 2009.

4. In order to avoid the time and expense of plaintiff having to respond to Amtrak's pending motion to dismiss prior to the mediation, the parties hereby request that the hearing on the pending motion be continued to April 24, with the deadlines to file opposition and reply papers corresponding to the new hearing date.

5. There has been one prior continuance of the hearing on the pending motion to dismiss, which was made to accommodate the first mediation date. The requested further

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-CONT-HRG-MN-DISMISSIST-
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\uso-stip-cont-hrg-022409.wpd                    1

1  continuance is to accommodate the re-scheduled mediation date.

2      6.    The requested continuance will not affect the scheduling of this case. The court
3  has set this matter for trial on November 2, 2009 and set a further case management conference
4  on April 24, 2009.

5      I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.

7  DATED: February 26, 2009

8  R. SCOTT ERLEWINE

10  ORDER

11  PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on defendant's
12  pending motion to dismiss be and is hereby continued from March 27, 2009 at 10:00 a.m. to
13  April 24, 2009 at 10:00 a.m.  The deadlines to file and serve opposition and reply papers shall
14  correspond to the new hearing date.

15  DATED: ___February 26___, 2009

16  UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-CONT-HRG-MN-DISMISS1ST-
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-cont-hrg-022409.wpd

2