1 | R. SCOTT ERLEWINE (State Bar No. 095106)
2 | FEATHER D. BARON (State Bar No. 252489)
  | PHILLIPS, ERLEWINE & GIVEN LLP
3 | 50 California Street, 35th Floor
  | San Francisco, California 94111
  | Telephone: (415) 398-0900
4 | Facsimile: (415) 398-0911
  | rse@phillaw.com
5 | fdb@phillaw.com

6 | Attorneys for Defendant
  | NATIONAL RAILROAD PASSENGER CORPORATION
7 | D/B/A AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN M. THOMPSON,                    )   Case No: C 08-03280 CRB
                                      )
              Plaintiff,              )   STIPULATION FOR EXTENSION
                                      )   OF TIME FOR DEFENDANT
v.                                    )   NATIONAL RAILROAD
                                      )   PASSENGER CORPORATION
NATIONAL RAILROAD PASSENGER           )   DBA AMTRAK TO ANSWER OR
CORPORATION dba AMTRAK                )   OTHERWISE RESPOND TO THE
                                      )   THIRD AMENDED COMPLAINT
              Defendants.             )
                                      )   Local Rule 6-1
_____)

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT - Case No. 08-03280 CRB
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-ext-time-051909.wpd

The undersigned parties, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-1 that Defendant National Railroad Passenger Corporation d/b/a Amtrak shall have an 11-day extension of time to and including June 1, 2009 in which to answer or otherwise respond to the Third Amended Complaint filed herein. There have been no prior extensions of time, and this extension of time will not alter the date of any event or any deadline already fixed by Court order.

DATED: May 20, 2009    PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
R. Scott Erlewine
Attorneys for Defendant National Railroad Passenger Corporation, d/b/a Amtrak

DATED: May 20, 2009    By: _____
Daniel Berko
Attorney for Plaintiff Kevin M. Thompson

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT - Case No. 08-03280 CRB
S:\Clients\AMTRAK\8204.13 (Thompson)\pldgs\stip-ext-time-051909.wpd

1