R. SCOTT ERLEWINE (State Bar No. 095106)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911
rse@phillaw.com
fdb@phillaw.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
D/B/A AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. THOMPSON,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK<br><br>        Defendants. | Case No: C 08-03280 CRB<br><br>STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK TO ANSWER OR OTHERWISE RESPOND TO THE THIRD AMENDED COMPLAINT<br><br>Local Rule 6-1 |

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
415) 398-0900

STIP EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT - Case No. 08-03280 CRB
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-ext-time-2nd-052809.wpd

1    The undersigned parties, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-1 that Defendant National Railroad Passenger Corporation d/b/a Amtrak shall have an additional 10-day extension of time to and including June 11, 2009 in which to answer or otherwise respond to the Third Amended Complaint filed herein. This extension of time will not alter the date of any event or any deadline already fixed by Court order. There has been one prior 11-day extension of time.

DATED: May 29 2009            PHILLIPS, ERLEWINE & GIVEN LLP

By: R. Scott Erlewine
R. Scott Erlewine
Attorneys for Defendant National Railroad
Passenger Corporation, d/b/a Amtrak

DATED: May 28 2009

By: Daniel Berko
Daniel Berko
Attorney for Plaintiff Kevin M. Thompson

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT - Case No. 08-03280 CRB
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rsr-stip-ext-time-2nd-052809.wpd

1