R. SCOTT ERLEWINE (State Bar No. 095106)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911
rse@phillaw.com
fdb@phillaw.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
D/B/A AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. THOMPSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK<br><br>　　　　　Defendants.<br>_____ | Case No: C 08-03280 CRB<br><br>STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK TO ANSWER OR OTHERWISE RESPOND TO THE THIRD AMENDED COMPLAINT<br><br>Local Rule 6-1 |

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT - Case No. 08-03280 CRB
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rse-stip-ext-time-3rd-061009.wpd

1     The undersigned parties, by and through their counsel of record, hereby stipulate pursuant
2 to Local Rule 6-1 that Defendant National Railroad Passenger Corporation d/b/a Amtrak shall
3 have an additional 11-day extension of time to and including June 22, 2009 in which to answer or
4 otherwise respond to the Third Amended Complaint filed herein. This extension of time will not
5 alter the date of any event or any deadline already fixed by Court order. There have been two
6 prior extensions of time totaling twenty-one days.

8   DATED: June 11, 2009           PHILLIPS, ERLEWINE & GIVEN LLP

10                                  By: _____
                                     R. Scott Erlewine
11                                Attorneys for Defendant National Railroad
                               Passenger Corporation, d/b/a Amtrak

14   DATED: June 10, 2009           By: _____
                                   Daniel Berko
15                                Attorney for Plaintiff Kevin M. Thompson

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT - Case No. 08-03280 CRB
S:\Clients\AMTRAK\8204.13 (Thompson)\pld\rso-stip-oxt-time-3rd-061009.wpd    1