1 **Frank Bloksberg SBN 150809**
P.O. Box 344
2 Nevada City, CA 95959
Tel: (530) 478-0171
3 Fax: (530) 478-0172

4 **Robert Burch SBN 88802**
220 Main Street, Suite 5A
5 Nevada City, CA 95959
Tel: (530) 265-2302
6 Fax: (530) 265-2347
**Attorneys for Plaintiff, Kevin M. Thompson**
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 KEVIN M. THOMPSON            )   CASE NO:    C 08-03280 CRB
                                )
12      Plaintiff,               )   ~~CERTIFICATION BY PLAINTIFF KEVIN~~
                                )   M. THOMPSON THAT CONSIDERATION
13      vs.                      )   FOR SETTLEMENT HAS ~~NOT~~ BEEN
                                )   DELIVERED AND REQUEST FOR
14 NATIONAL RAILROAD PASSENGER  )   EXTENSION OF CONDITIONAL
   CORPORATION dba AMTRAK,      )   ~~DISMISSAL AND PROPOSED~~ ORDER
15                               )   THEREON
        Defendants.              )
16 _____ )

17

18      Plaintiff KEVIN M. THOMPSON hereby certifies that the agreed consideration for the

19 settlement of this case has not been delivered. Mr. Thompson requests that this Court extend the

20 conditional dismissal for 30 days in order to permit the parties to complete the settlement papers and

21 for Amtrak to deliver to Mr. Thompson the consideration for the settlement.

22

23
                              BY:     _____/S/_____
24                                    ROBERT BURCH
                                      Attorney for Plaintiff
25                                    KEVIN THOMPSON

26

27

1    ORDER EXTENDING CONDITIONAL DISMISSAL

2    IT IS HEREBY ORDERED that this Court's Order of Conditional Dismissal, filed on September

3    22, 2009, is extended for _ 30 _ days from the signing of the Order herein.

5    Dated:   October 20, 2009

    _____
    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

    IT IS SO ORDERED
    Judge Charles R. Breyer

**CERTIFICATION AND ORDER
EXTENDING CONDITIONAL
DISMISSAL**                              -2-