R. SCOTT ERLEWINE (State Bar No. 095106)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911
rse@phillaw.com
fdb@phillaw.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
D/B/A AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK<br><br>    Defendant. | Case No: C 08-03280 CRB<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER DISMISSING ACTION WITH PREJUDICE** |

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-CONT-HRG-MN-DISMISS1ST-
C:\Documents and Settings\Administrator\Local Settings\Temp\rse-stip-dismiissal-102609.wpd

AMT02879

Plaintiff Kevin M. Thompson and Defendant National Railroad Passenger Corp. d/b/a Amtrak have now settled this action and request, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that this court enter an order dismissing this action in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: November 16, 2009

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
R. Scott Erlewine
Attorneys for Defendant National Railroad Passenger Corporation, d/b/a Amtrak

DATED: November 10, 2009

_____
Frank Bloksberg
Attorney for Plaintiff Kevin M Thompson

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___Novmeber 17___, 2009

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Case No. 08-03280 MEJ - STIP-CONT-HRG-MN-DISMISS1ST-
C:\work\thompson v amtrak\dismissal with prejudice.wpd

AMT02880